LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
SETH L. GORDON, ESQ. (SBN: 262653)
**LEONE & ALBERTS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
Email: lleone@leonealberts.com
          cleed@leonealberts.com
          sgordon@leonealberts.com

Attorneys for Defendant KYLE DICKSON

STANLEY GOFF (Bar No. 289564)
**LAW OFFICE OF STANLEY GOFF**
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff RICHARD JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DWAYNE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KYLE DICKSON, DOE PITTSBURG POLICE OFFICERS 1-25;<br><br>　　　　Defendants. | Case No.:  3:20-cv-07129-SK<br><br>**STIPULATION & ORDER DISMISSING FIRST, SECOND and FOURTH CAUSES OF ACTION WITH PREJUDICE** |

　　The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record as follows:

　　It is hereby stipulated between Plaintiff, RICHARD DeWAYNE JOHNSON and Defendant KYLE DICKSON that the First (False Arrest); Second (Unlawful Detention)

and Fourth (Malicious Prosecution) Causes of Action in this matter are dismissed with prejudice pursuant to F.R.C.P. 41.

**IT IS SO STIPULATED.**

Dated: September 17, 2021    **LEONE & ALBERTS**

By: ____s/ *Claudia Leed*____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
SETH L. GORDON, ESQ.
Attorneys for Defendant
KYLE DICKSON

Dated: September 17, 2021    **LAW OFFICES OF STANLEY GOFF**

By: ____s/ *Stanley Goff*____
STANLEY GOFF, ESQ.
Attorney for Plaintiff
RICHARD DWAYNE JOHNSON

**ORDER**

PURSUANT TO STIPULATION of the parties and good cause appearing, the First (False Arrest); Second (Unlawful Detention) and Fourth (Malicious Prosecution) Causes of Action in this matter are hereby dismissed with prejudice. The parties are admonished to email their proposed orders in Microsoft Word format to skpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

DATED: September 20, 2021    _____/s/ Sallie Kim_____
SALLIE KIM
MAGISTRATE JUDGE

2

STIPULATION & ORDER DISMISSING FIRST, SECOND
AND FOURTH CAUSES OF ACTION WITH PREJUDICE

CASE NO. 3:19-cv-07129-SK